M. P. No. 75-189. LEONARD J. COLAPIETRO *et ux. v.* DENNIS J. MURPHY, JR. *et al.* Motion of State to consolidate the instant case with that of *Colapietro* v. *Murphy,* No. 75-194-A. is granted. Its motion for extension of time in which to file its brief is granted, and the time is extended to February 16, 1976, but no further extension shall be granted. *James DiPrete, Jr. & Associates, James DiPrete, Jr., Joseph C. Manera, Jr.,* for plaintiffs. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, *Jeremiah S. Jeremiah, Jr.,* Asst. City Solicitor, for defendants.

M. P. No. 75-299. DENNIS A. SOUZA *v.* JAMES W. MULLEN, *Warden.* Case consolidated for hearing with the cases of *Massey* v. *Mullen,* No. 75-137-M.P., *State* v. *Fountain,* No. 75-290-M.P., *DiMasi* v. *Mullen,* No. 75-276-M.P., and assigned for hearing on February 2, 1976. *William J. Burke, William P. Butler,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 75-334. IN RE GERARD OUIMETTE. The petition for writ of certiorari is denied without prejudice to the petitioner to seek relief under any other available remedy. *Bevilacqua & Cicilline, John F. Cicilline,* for petitioner. *Julius C. Michaelson,* Attorney General *Judith Romney Wegner,* Special Asst. Attorney General, for respondent.

C. A. No. 75-47. STATE *v.* RICHARD RATTENNI. Motion of defendant for a 30-day extension of time in which to file his brief is denied as moot. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, Joseph A. Bevilacqua, Jr., John F. Cicilline,* for defendant.

C. A. No. 75-162. STATE *v.* MITCHELL LANOUE. Motion of State to affirm judgment below under Rule 16(g) denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Salvatore L. Romano, Jr.,* for defendant.